889 A.2d 38

COMMONWEALTH of Pennsylvania, Petitioner

v.

Omari K. WILSON, a/k/a Kevin Weedon, Respondent.

Supreme Court of Pennsylvania.

Dec. 7, 2005.

462

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of December, 2005, the Motion for Immediate Hearing on Bail is **DENIED.** Petition for Allowance of Appeal is **GRANTED,** limited to the following issues:

1. Whether sentence enhancement evidence may be presented for the first time at resentencing upon remand.

2. Whether punishment in a criminal case involving a single count constitutes a sentencing "scheme."